MARC DEL PIERO,
 BANKRUPTCY TRUSTEE
585 Cannery Row, Suite #302A
Monterey, CA 93940
P.O. Box 1127
Pebble Beach, CA 93953-1127
Telephone: (831) 644-0602
mdptrustee@gmail.com

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re: MONTEREY MATTRESS CO., INC. ) Chapter 7
)
) Case No. 13-55945 ASW
)
Debtor. )
)
)
)

## MOTION FOR APPROVAL OF SALE

Marc Del Piero (Trustee) hereby moves for the Court's approval of the Notice and Motion by the Trustee in the above referenced case for sale of the following estate assets:

**MONTEREY MATTRESS COMPANY NAME,** to Monterey County Bank for $1600.00.

**and the**

**ISUZU 2003 DISEL BOX TRUCK VIN # JALC4B14637011545** to Anthony Costenza for $2,000.00.

In support of the application, Trustee has provided Notice of the Sale to all creditors of the estate and advised all creditors of the Trustee's intent to distribute the funds from the sale of this asset to creditors of the estate. Further, Trustee represents:

1) Trustee is and was the court appointed Chapter 7 trustee for the subject case.

2) The Trustee conducted the 341 meeting of Creditors on 12, November. 2013.

3) Concurrently herewith Notice is being filed and served to creditors of the proposed sale, providing information to file an objection or request for a hearing should they so desire.

WHEREFOR the Trustee requests that upon expiration of the time to file an objection or request for a hearing, and the filing of a declaration verifying that no objection or request for hearing has been filed, an order be entered authorizing the sale of the

**MONTEREY MATTRESS COMPANY NAME, the URL, and the ISUZU 2003 DISEL BOX TRUCK VIN # JALC4B14637011545**

for a total of $3600.00; and that the Trustee be authorized to take all such actions as are necessary to complete said sale, subject to the on-going jurisdiction of the court.

February 4, 2014 /s/ Marc J. Del Piero

San Jose #1290 MDP
Chapter 7 Bankruptcy Trustee